| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| BEVERLY CELESTAIN and PAUL JONES, § | |
| § | |
| Plaintiffs, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:20-CV-157 |
| § | |
| AC & SONS, INC. d/b/a WILLY BURGER § | |
| and COLBURN MCCLELLAND, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff Beverly Celestain and Paul Jones's Notice of Dismissal (#12), filed November 16, 2020, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 20th day of November, 2020.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE